UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br>      Plaintiff,<br>  v.<br>JOHN VILLAMARIN, et al.,<br>      Defendant. | NO. CV 15-3061-GW (AGR)<br><br>ORDER OF DISMISSAL |

On April 22, 2015, Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint.

On June 23, 2017, the Court accepted the magistrate judge's Report and Recommendation, granted Defendants' motion to dismiss the complaint and granted Plaintiff leave to file a First Amended Complaint within 30 days of the date of entry of the Court's order (by Monday, July 24, 2017). The Court directed the Clerk to send Plaintiff a blank Central District of California prisoner civil rights packet. (Dkt. No. 63.)

Plaintiff has not filed a First Amended Complaint and has instead filed a notice of appeal. Accordingly, IT IS ORDERED that this action is DISMISSED and that Judgment be entered for Defendants.

DATED: August 11, 2017

                                            GEORGE H. WU<br>
                                   United States District Judge