UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN VILLAMARIN, et al.,<br><br>    Defendants. | NO. CV 15-3601-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed and that Judgment is entered for Defendants.

DATED: August 11, 2017

_____
GEORGE H. WU
United States District Judge